FILED: July 24, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-6740
(2:14-cv-15413)
_____

JAMES TIMOTHY SAMPLES

 Petitioner - Appellant

v.

DAVID BALLARD, Warden, Mount Olive Correctional Facility

 Respondent - Appellee

_____

O R D E R
_____

 The court denies the petition for rehearing and rehearing en banc. No judge requested a poll under Fed. R. App. P. 35 on the petition for rehearing en banc.

 Entered at the direction of the panel: Judge Traxler, Judge Diaz, and Judge Floyd.

       For the Court

       /s/ Patricia S. Connor, Clerk